PEOPLE v WALTERS. Appeal from Kent, John T. Letts, J. Submitted Division 3 December 14, 1971, at Grand Rapids. (Docket No. 11892.) Decided January 28, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, *Donald A. Johnston, III,* Chief Appellate Attorney, and *John A. Engman,* Assistant Prosecuting Attorney, for the people.

*Gordon A. Doherty,* for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to larceny in a building and appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as

to need no argument or formal submission. See *People* v *Godsey*, 35 Mich App 399 (1971).

Motion to affirm granted.